1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF COLUMBIA,<br><br>Petitioner,<br><br>v.<br><br>FELICIA PONCE, Warden,<br><br>Respondent. | Case No. CV 21-8451 AB (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Summarily Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 23, 2022

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE